Case: 1:23-cv-02067 Document #: 1 Filed: 03/31/23 Page 1 of 9 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED

MAR 31 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

STEVEN Lamarr DAVIS )
           )
   Plaintiff    )
           )
   v.     )
Housing Authority for Lasalle County )
           )
   Defendant   )

United States District Court
Northern District of Illinois

23-cv-02067
Judge Elaine E. Bucklo
Magistrate Judge Gabriel A. Fuentes
Random Assignment

## COMPLAINT

(STEVEN DAVIS)

I was evicted out of my apartment with no evidence or physical contact with threatening of maintenance 606 east morrell Street Streator IL 61364 forn of manors. I Steven lamarr Davis was Reporting a Break in at the time 07/15/2022 an was then Evicted and now Homeless Because of it and aying the court to be Awarded the sum of $200,000 to be placed in my own Home. Clame false eviction under Housing Authority Rules i was in a wheelchair Accessible unit and was supposed to be moved to a new Apartment Before Reporting a Breaking

Steven e Davis 03/31/2023

## STREATOR ELDERLY ASSOCIATES/ STARVED ROCK HOMES DEVELOPMENT CORP

TO:    Steven Davis
and any and all unknown occupants
606 E. Morrell St. #316
Streator, IL 61364

You are hereby notified that:

You are in default of your lease on the premises located at _606 E. Morrell St. #316, Streator IL_ by reason of your failure to comply with the provisions of the lease in the following particulars:

**Violation of Paragraph(s) _23_ Section (c.6.a) (c.6.b) (C.10), which states:**
**23. Termination of Tenancy:**
    c. The Landlord may terminate this Agreement for the following reasons:
        6. Criminal activity by a tenant, any member of the tenant's household, a guest or another person under the tenant's control:
            (a) That threatens the health, safety, or right to peaceful enjoyment of the premises by other residents (including property management staff residing on the premises); or
            (b) That threatens the health, safety, or right to peaceful enjoyment of their residences by persons residing in the immediate vicinity of the premises;
        10. If the Landlord determines that the tenant, any member of the tenant's household, a guest or another person under the tenant's control has engaged in the criminal activity, regardless of whether the tenant, any member of the tenant's household, a guest or another person under the tenant's control has been arrested or convicted for such activity.

**SPECIFIC VIOLATION(S):** On or about July 16, 2022, you (Steven Davis) were engaged in criminal activity and/or such other activity that the Housing Authority has deemed to have threatened the health, safety, or right to the peaceful enjoyment of the premises by other residents (including property management staff residing on the premises) in violation of the above referenced provision(s) of your lease.

By reason of such breach, you are ordered to vacate the premises and deliver possession of the premises to Housing Authority for LaSalle County, 526 East Norris Drive, Ottawa, Illinois, or to the undersigned who is a duly authorized agent of the Housing Authority for LaSalle County to receive possession of the premises **THIRTY (30) DAYS** after service of this notice or the Housing Authority for LaSalle County by the undersigned duly Authorized Agent, will commence legal proceedings to recover the above described premises.

You have the following rights:

(a)    You may make such reply as you may wish.

(b)    You may examine the Housing Authority for LaSalle County's documents directly relevant to this termination of tenancy.

(c)    You are entitled to contest this action under the Housing Authority for LaSalle County's Grievance Procedure. Your grievance must be presented in writing to the HALC representative issuing this notice within five (5) business days after you have received this notice. After presentation of your grievance, within five (5) business days an informal settlement conference will be scheduled in an attempt to settle the grievance. If you are not satisfied with the disposition of your grievance at the informal settlement conference, you may, within five (5) business days after receiving the written summary of the settlement conference, file a written request for a formal grievance hearing. You may waive the informal settlement and request to proceed directly to a formal hearing. Your request for a waiver of the informal settlement conference must be received within ten (10) business days after you have received this notice. Written requests for formal hearings must be delivered to the Administrative office of the Housing Authority for LaSalle County. If such notice is not filed within the time permitted, you will have waived any further right to grievance hearing.

(d)    Not withstanding any waiver of your right to a grievance hearing, you do not waive your rights to contest Housing Authority for LaSalle County's action in disposing of your complaint in an appropriate judicial proceeding.

(e)    Housing Authority for LaSalle County will not take any further action with respect to terminating your lease until the later of:

    1.    The time within which you may request a grievance hearing has expired, or

    2.    If you have requested a hearing, until the completion of the grievance process.

This notice is sent to you to inform you of specific lease violations. In the event that you have been sent a previous notice concerning another violation for which your lease may have already been terminated, this Notice shall not waive any rights which Housing Authority for LaSalle County may have under the earlier Notice. In addition, this Notice shall not in any way be interpreted as creating a new lease between you and the Housing Authority for LaSalle County.

Further, please be advised, that during this process, including any grievance process, you are still responsible for the payment of your rent and all other charges for all periods which you remain in occupancy of the unit.

The particular rules and procedures which govern the grievance process, including the contents of your request for a hearing, are contained in the Housing Authority for LaSalle County's Grievance Procedure, a copy of which has been provided to



Petition on 7/16/2022
That this note is to say that
I, Steven L Davis is not (scaring)
anybody in for not Manors 606
East Morrell Streator IL 61364

RECEIVED
AUG 02 2022
VIA PERSON

1. Jeff S
2. Roman J Baker
3. B___
4. Will
5. Brad Herd
6. K___
7. Sheneta Sterling
8. ___
9. ___
10. David ___
11. Dan Maly
15. ___
16. Steven Davis



# STREATOR POLICE DEPARTMENT

Incident #: 22-20421

Reporting Officer: Michael Gerardo

Report Time: 07/15/2022 20:44:26

## Incident

**Incident Nature**
SUSPICIOUS ACTIVITY

**Address**
606 E MORRELL ST APT 316
STREATOR, Illinois 61364

**Occurred From**
07/15/2022 20:44:25

**Occurred To**
07/15/2022 20:44:26

**Received By**
ARIAN HAMILTON

**How Received**
911 Line

**Contact**
DAVIS, STEVEN

**Disposition**
Closed Case

**Miscellaneous Entry**

**Disposition Date**
07/15/2022

**Cleared**

**Judicial Status**

**Cleared Date**

**Clearance**
REPORT TAKEN

**Cargo Theft Related**

## DAVIS, STEVEN L                                                 Complainant

**Address**
606 E MORRELL ST; #316
STREATOR IL 61364

**Phone**
(815)483-8588

**DOB**
12/04/1985

**Sex**
M

**Race**
Black

**Responding Officer(s)**
Michael Gerardo
Drew Fritts

## Persons

## DARM, GAIL M
## MANAGER

| Address | Phone | DOB |
|---|---|---|
| HALC EMPLOYEE, ADDRESS WITHELD CALL PD FOR MAILING ADD STREATOR Illinois 61364 | ( | ~~,~~~~ |

| Race | Sex | Ethnicity |
|---|---|---|
| White | F | |

| Height | Weight |
|---|---|
| 5'00" | 118 |

## RODENSKI, JAY L
## Witness

| Address | Phone | DOB |
|---|---|---|
| 606 E MORRELL ST; #101 STREATOR Illinois 61364 | | |

| Race | Sex | Ethnicity |
|---|---|---|
| White | M | |

| Height | Weight |
|---|---|
| 6'00" | 160 |

## HALC
## Business

| Address | Phone | DOB |
|---|---|---|
| 1401 N OTTER CREEK ST; EVAN HEIGHTS; STR; STREATOR STREATOR Illinois 61364 | ( ) - | |

| Race | Sex | Ethnicity |
|---|---|---|
| | | |

| Height | Weight |
|---|---|
| | 0 |

## DAVIS, STEVEN L
## COMPLAINANT

| Address | Phone | DOB |
|---|---|---|
| 606 E MORRELL ST; #316 STREATOR Illinois 61364 | (815)483-8588 | 12/04/1985 |

| Race | Sex | Ethnicity |
|---|---|---|
| Black | M | |

| Height | Weight |
|---|---|
| 5'10" | 185 |

==INTOXICATED AS I SPOKE WITH HIM, BUT OFFERED TO BRING THE INCIDENT UP ON VIDEO BECAUSE HIS APARTMENT IS DIRECTLY IN FRONT OF THE CAMERA.==

AT APPROXIMATELY 2300, STEVEN DAVIS APPROACHES JAY RODENSKI'S APARTMENT. STEVEN DAVIS CAN BE SEEN POUNDING ON JAY RODENSKI'S APARTMENT DOOR. STEVEN DAVIS FRONT KICKS THE DOOR TWICE. JAY RODENSKI OPENS THE DOOR AND STEVEN DAVIS MOVES INWARD, OUT OF CAMERA VIEW (POSSIBLY INSIDE THE ENTRANCEWAY OR INSIDE THE APARTMENT). JAY RODENSKI STATED THE FACE TO FACE ENCOUNTER WAS SHORT AND FAST, LASTING APPROXIMATELY 10 SECONDS BEFORE STEVEN DAVIS EXITED.

JAY RODENSKI DECLINED TO PRESS CHARGES WHEN ASKED WHAT HE WANTED DONE WITH THE SITUATION. GAIL DARM WAS CONTACTED AND INFORMED ABOUT THE INCIDENT. GAIL DARM IS THE MAIN MANAGER FOR FORNOFF MANOR. GAIL DARM STATED SHE WOULD WRITE STEVEN DAVIS UP FOR THE INCIDENT AND CONSIDER EVICTION IN THE FUTURE.

I ADVISED JAY RODENSKI AND GAIL DARM I WOULD DOCUMENT THE INCIDENT THOROUGHLY AND I WOULD MAKE CONTACT WITH STEVEN DAVIS TO LET HIM KNOW HIS BEHAVIOR IS UNACCEPTABLE AND WILL NOT BE TOLERATED.

I MADE CONTACT WITH STEVEN DAVIS AND ADVISED HIM TO NEVER BEHAVE LIKE THAT AGAIN OR SOMEONE WILL HAVE HIM ARRESTED FOR DISORDERLY CONDUCT. I ADVISED STEVEN DAVIS THAT THE ==HOUSING AUTHORITY OF LASALLE COUNTY WILL WRITE HIM UP FOR THIS INCIDENT AND HE MAY GET EVICTED IN THE FUTURE. STEVEN DAVIS SAID HE DOES NOT CARE AND WOULD RATHER LIVE SOMEWHERE ELSE BECAUSE EVERYONE IS RACIST AGAINST HIM (STEVEN DAVIS IS A MALE BLACK).==

END OF REPORT.

# Narratives

## Original Narrative                                          07/16/2022 00:47:34

ON 7/15/2022 AT 20:44, I OFFICER GERARDO #1151, RESPONDED TO 606 EAST MORRELL STREET (FORNOFF MANOR) APARTMENT #316 IN REFERENCE TO AN ALLEGED BREAK IN.

THE CALLER WAS STEVEN DAVIS. STEVEN DAVIS CLAIMED HE LOCKED HIS APARTMENT AROUND 5PM TODAY, WENT DOWNSTAIRS TO DO LAUNDRY, THEN RETURNED TO HIS APARTMENT AROUND 8PM. STEVEN DAVIS SAID THE LIGHTS WERE ON INSIDE HIS APARTMENT AND HE BELIEVES SOMEONE WAS INSIDE HIS CLOSET WHILE HE WAS GONE. THE CLOSET DOORS WERE AN OLDER 4 PANEL DESIGN THAT "V" OPEN ON TWO SIDES. THE PANELS ARE HELD CLOSED ON A LITTLE BIT OF TENSION. STEVEN DAVIS CLAIMED SOMEONE HAD TO HAVE BEEN INSIDE THE APARTMENT BECAUSE ONE OF THE PANELS WAS VERY SLIGHTLY "V" SHAPED. I EXPLAINED TO STEVEN DAVIS THIS WAS NORMAL AND I HAVE THESE SAME CLOSET PANELS IN MY HOUSE. IT IS COMMON FOR THE PANELS TO OPEN UP ON THEIR OWN BECAUSE THEY ARE UNDER TENSION.

INSIDE THE CLOSET WAS A BAG OF PRESCRIPTION PILLS ALL PRESCRIBED TO STEVEN DAVIS. THIS INCLUDED PAIN MEDICATION (A HOT COMMODITY IF SOMEONE WAS STEALING ANYTHING). NOTHING WAS MISSING. STEVEN DAVIS HID A CHAIN NECKLACE IN ONE OF THE EMPTY PILL BOTTLES AND CLAIMED IT WAS WORTH $10,000 DOLLARS. THIS WAS ALSO NOT STOLEN. STEVEN DAVIS DETERMINED EVERYTHING WAS IN THE CLOSET THAT SHOULD BE INSIDE THE CLOSET. STEVEN DAVIS CLAIMED EARLIER TODAY, SOMEONE WENT INSIDE HIS APARTMENT AND STOLE HIS FOOD AND SODAS FROM THE REFRIGERATOR. STEVEN DAVIS SUSPECTED THE MAINTENANCE MAN OF DOING IT ONLY BECAUSE HE HAS KEYS TO ALL THE APARTMENTS.

GAIL DARM CHECKED THE CAMERA FOOTAGE AND DETERMINED NOBODY ENTERED INTO STEVEN DAVIS APARTMENT.

STEVEN DAVIS WOULD NOT BELIEVE THAT NOBODY WAS INSIDE HIS APARTMENT. I ADVISED STEVEN DAVIS TO SETUP A CAMERA OF HIS OWN INSIDE THE APARTMENT THEN, RIGHT ON THE FRONT DOOR.

STEVEN DAVIS SAID HE HAS ONLY LIVED AT FORNOFF MANOR FOR A MONTH AND ALREADY DOESN'T TRUST ANYONE THERE. STEVEN DAVIS SAID HE WAS RECENTLY IN THE MENTAL HOSPITAL AND WOULD RATHER GO BACK THERE.

STEVEN DAVIS WENT OFF ON A RANT ABOUT HOW HE IS A VERY IMPORTANT PERSON TO MUSICAL CELEBRITIES AND HE WAS ON THE WITNESS PROTECTION PROGRAM DUE TO HELPING CHICAGO POLICE WITH NUMEROUS HOMICIDES. STEVEN DAVIS STATED PEOPLE ARE OFTEN TIMES VERY INFATUATED WITH HIM.

STEVEN DAVIS SAID HE WANTED ME TO SEE SOMETHING. STEVEN DAVIS RETRIEVED A PAIR OF CLOTH SHORTS HE WEARS AND TOLD ME TO LOOK AT THE POCKETS. STEVEN DAVIS SAID HE SUSPECTS THE MAINTENANCE MAN (NO NAME PROVIDED) OF PUTTING BLEACH ON HIS POCKETS TO LIGHTEN THEM UP. I TOLD STEVEN DAVIS THE POCKETS LOOK NORMAL TO ME, I COULD NOT SEE ANY CHANGE IN COLOR DUE TO BLEACH DAMAGE. STEVEN DAVIS SAID THE MAINTENANCE MAN WAS BLEACHING HIS POCKETS BECAUSE THAT IS WHAT SEX OFFENDERS DO. STEVEN DAVIS NOW CLAIMED THE MAINTENANCE MAN WAS A SEX OFFENDER. IN THE SHORT CONVERSATION WITH STEVEN DAVIS, I BELIEVED THE SUBJECT WAS POSSIBLY 10-96.

I WAS CALLED BACK TO 606 FORNOFF MANOR AT 2311 AT THE REQUEST OF THE MAINTENANCE MAN, NOW IDENTIFIED TO BE JAY RODENSKI. JAY RODENSKI LIVES RIGHT ACROSS THE HALL FROM STEVEN DAVIS IN APARTMENT #301. JAY RODENSKI STATED HE WAS INSIDE HIS OWN APARTMENT WHEN HE HEARD EXTREMELY LOUD POUNDING ON HIS DOOR. JAY RODENSKI OPENED THE DOOR AND CLAIMED STEVEN DAVIS ENTERED THE FRONT PORTION OF HIS APARTMENT AND STARTED YELLING AT HIM ABOUT NONSENSE. JAY RODENSKI APPEARED TO BE

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
LA SALLE COUNTY, ILLINOIS

EFILED
3/29/2023
MM
Greg Vaccaro
13th Judicial Circuit
La Salle County, IL

| | |
|---|---|
| STEVEN LAMARR DAVIS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 2022 LA 154 ) |
| HOUSING AUTHORITY FOR LASALLE COUNTY, an Illinois Municipal Corporation, | ) ) ) ) |
| Defendant. | ) |

## ORDER

This matter coming on for hearing on the Defendant's *Section 2-615 Motion To Dismiss Complaint*, Plaintiff, Steven Davis and the Defendant, HOUSING AUTHORITY FOR LASALLE COUNTY, by its Attorney, Mark Anderson appearing via Zoom. The court hearing argument of the parties, **FINDS and IT IS ORDERED**:

1. The Defendant's Motion is granted, and the Plaintiff's Complaint is hereby dismissed without prejudice.

2. The Plaintiff is given 30 days to file an amended complaint.

3. This matter is continued until May 15th, 2023, at 1:30 p.m. (Via Zoom) for status on pleadings.

Dated: 3/29/2023

_____
Judge



**FILED**
13TH JUDICIAL CIRCUIT
3/17/2023 2:11 PM
KQ
CLERK OF THE CIRCUIT COURT
LASALLE COUNTY, ILLINOIS

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## LA SALLE COUNTY, ILLINOIS

| | |
|---|---|
| STEVEN LAMARR DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) No. 2022 LA 154 |
| HOUSING AUTHORITY FOR LASALLE COUNTY, an Illinois Municipal Corporation, | ) |
| Defendant. | ) |

### NOTICE OF HEARING

To: **Steven Lamarr Davis**
P.O. Box 826
Joliet, IL 60434

On **March 29th, 2023, at 9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear **Via Zoom** before the Honorable Judge Todd L. Martin (Courtroom #300) and there and then be present for hearing on the Defendant's ***SECTION 2-615 MOTION TO DISMISS COMPLAINT***, a copy of which is enclosed herewith, at which time and place you may appear if you so see fit. To join **Zoom**, use the following: **Zoom Meeting ID:** 949 6521 1232 **Zoom Password:** 4b!vQ^dYN or **Telephone Call:** (312) 626-6799

                                                            **HOUSING AUTHORITY FOR**
                                                            **LASALLE COUNTY, Plaintiff**

                                                            By: _____
                                                                  Mark Anderson, Its Attorney
                                                                      ARDC # 6220246

Attorney Mark Anderson / ARDC# 6220246
*Marsh, Martin, Anderson, Vickers*
*Deobler, Goode & Temple*
511 Etna Road
Ottawa, IL 61350
mander5390@gmail.com
(815) 434-2000
(815) 434-0561- Fax