


# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Steven Lamarr Davis

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

LA SALLE COUNTY HOUSING AUTHORITY

(Enter above the full name of ALL defendants in this action. <u>Do not use "et al."</u>)

**RECEIVED**

AUG 07 2024 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 2023-cv-oooo2067
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**     Amended Complaint

_____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

__X__  **OTHER** (cite statute, if known) 310ilcs65/10.5 new amended by adding section10.5)   310ilcs126/5  310ilcs65/4.))310ilcs67/25   ACT103-248,SB2013
28 U.S.C. Sec 4101 - 4102

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: STEVEN LAMARR DAVIS

B. List all aliases: LIL STEVE (JAMAICA)

C. Prisoner identification number: 2023-0000-2854

D. Place of present confinement: will county A.D.F

E. Address: 95 south chicago street JOLIET ILLINOIS 60436
p.o b.o.x 826 joliet illinois 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: LA SALLE COUNTY HOUSING AUTHORITY

Title: LA SALLE HOUSING

Place of Employment: OTTAWA ILLINOIS 61350

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: none

   B. Approximate date of filing lawsuit: none

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: none

   D. List all defendants: none

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): none

   F. Name of judge to whom case was assigned: none

   G. Basic claim made: none

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): none

   I. Approximate date of disposition: none

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.	**Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

affordable housing 310ilcs126/5 and to the safety of the community there was a brake- in call to steve davis unit of 606 morrell streator illinois 61364 when the police came to the unity it was about a brake in to the unity of (316) and not a threat of a person or persons as the children of Deceased veterans 330ilcs-105 that the protection of the houusing authority was low because there was no top lock's to the unity and it was video cam's but i was put out of the housing because a threat to a employee of la salle housing that i don't know who threat the employee of housing for la salle county it's not in the police call or paper work as to a brake -in to the unity no bodily harm or disfigurement no infliction of disability or violation of order of protection to the safety of a threat to the community

28 u.s.c 28 sec 4101 FIRST AMENDMENT FREEDOM OF SPEECH 28u.s.c sec 4102

"IF" someone was saying it was steven davis that have may be threating a empoyee of LA SELLA county housing it was not "KILL".....and the call that was to streator police came from steven lamarr davis about a brake in ti his unit because of no top lock people was useing card to get in to people unity's

4

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$200,000,000 to buy a house and the money lost from being homeless $10,000,000 A mouth $250,000,00 or $50,000,00 and the housing unity of ottawa illinois back of la salle county because of the disability and safety of steven lamarr davis from people

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __8__ day of __/__, 20__24__

_Steven C Davis_
(Signature of plaintiff or plaintiffs)

STEVEN LAMARR DAVIS
(Print name)

2023-0000-2854
(I.D. Number)

95 South Chicago STREET
Joliet ILLiNois 60436
(Address) P.O. Box 826 Joliet ILLiNois 60434

STEVEN L DAVIS
95 South, Chicago STREET
Joliet, Illinois, 60436

LEGAL MAIL

08/07/2024-8

CLERK of THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
UNITED STATES DISTRICT COURT
219 South, DEARBORN STREET
CHICAGO, ILLINOIS, 60604
(20th FLOOR)

LEGAL MAIL

